JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALDO ANDRES SANCHEZ, JR., <br> Plaintiff, <br> v. <br> ANDREW SAUL, Commissioner of Social Security <br> Defendant. | NO. CV 19-9738-ODW (KS) <br><br> JUDGMENT |

The Court having approved the parties' Stipulation to Voluntary Remand (the "Stipulation") pursuant to Sentence 4 of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

DATED: April 8, 2020

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE