UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RONALDO ANDRES SANCHEZ, JR.<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CASE NO. CV 19-09738-KS<br><br>ORDER AWARDING ATTORNEY'S FEES AND FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of THREE-THOUSAND SIX-HUNDRED TWELVE DOLLARS and 40 CENTS ($3,612.40), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: July 7, 2020

*Karen L. Stevenson*
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1